IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KWANM ARI MICHAEL YISRAYL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09-cv-457-DRH-DGW |
| ) | |
| ROGER E. WALKER, JR., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 27, 2010, the Court issued its threshold order in the action (Doc. 11). In that order, the Court directed Plaintiff to complete and submit USM-285 forms for Defendants Banley, Lambert, Miller, Sullivan, Walker, and Watts within thirty days so that the United States Marshal could effect service upon these defendants. The Clerk of Court sent Plaintiff six USM-285 forms on January 29, 2010. On February 4, 2010, correspondence directed to Plaintiff was returned to the Court as undeliverable (Doc. 13). That day, the Clerk of Court sent the Plaintiff six more USM-285 forms. That mailing was returned to the Court on February 10, 2010, bearing the notation, "<u>Return to Sender</u> Inmate has been Discharged or Paroled" (Doc. 14).

To date, no defendant has answered the complaint and there is no indication in the Court's docket that any defendant has been served. The Court **GRANTS** Plaintiff an additional 30 days, until **May 24, 2010**, to return completed USM-285 forms so that the United States Marshal Service may serve the Defendants. If upon the expiration of those thirty days the Plaintiff has not provided the Court with completed USM-285 forms, the undersigned Magistrate Judge will recommend that the action be dismissed without prejudice as described in Fed. R. Civ. P. 4(m).

**DATED: April 23, 2010**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**